UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>HEIDI K. ERICKSON,</u>
        Plaintiff,

    v.                      Civil Action No. 04-11607-DPW

<u>COMMONWEALTH, et al.,</u>
        Defendants.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    Plaintiff shall pay the filing fee within 35 days of the date of this Order or this action shall be dismissed without prejudice without further notice.

☒    This action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the accompanying memorandum.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

<u>August 16, 2004</u>                <u>s/ Douglas P. Woodlock</u>
DATE                                UNITED STATES DISTRICT JUDGE