```
               UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

HEIDI ERICKSON,                    )
          Plaintiff,               )
                                   )
       v.                          )     CIVIL ACTION
                                   )     NO. 04-11607-DPW
COMMONWEALTH OF MA, ET AL.,        )
          Defendant                )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered on August 16, 2004, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.  All pending motions shall be terminated from the docket as moot in view of this Order.

                              BY THE COURT,

                              /s/ Rebecca Greenberg
Dated: August 16, 2004        Deputy Clerk