UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIGHT ERICKSON,<br>    Plaintiff<br><br>VS<br><br>COMMONWEALTH OF MASSACHUSETTS, MITT ROMNEY, Governor, Commonwealth of Massachusetts, DOUGLAS GILLESPIE, Commissioner, Department of Agricultural Resources (MDA), LORRAINE O'CONNOR, Inspector of Animals, Department of Agricultural Resources (MDA), KENT LAGE, Deputy Director, Department of Agricultural Resources (MDA), BRAD MITCHELL, Associate Director, Department of Agricultural Resources (MDA), THOMAS REILLY, Attorney General Commonwealth of Massachusetts, ANIMAL RESCUE LEAGUE (ARL), ARTHUR SLADE, President, ARL, PAUL J. BRENNAN, Chairman, ARL, JAMI A. LOH, Treasurer, ARL, MRS. KATHLEEN D. GARVEY, As Trustee Member of the ARL Board, MRS. JEFFREY E. MARSHALL As Trustee Member of the ARL Board, RICHARD A. HALL, As Trustee Former Chairman, DR. HOLLEY KELSEY, As Trustee Member of the ARL Board, MRS. ALEXANDRA BRIGHT, As Trustee Member of the ARL Board, MS. BRIGHT, Executrix of the Estate of Mrs. Alexandra Bright, SIERRA BRIGHT, As Trustee Member of the ARL Board, STUART B. STRONG, JR., As Trustee Member of the ARL Board, JOHN L. WORDEN, III, As Trustee Member of the ARL Board, JUNE E. SHANK, As Trustee Member of the ARL Board, FRANKLIN KING, JR., As Trustee Member of the ARL Board, MEGAN SANSONS, As Trustee Member of the ARL Board, DAVID O'DONAHOE, As Trustee Member of the ARL Board, HEWITT MORGAN, JR., As Trustee Member of the ARL Board, MARY HATCH, As Trustee Member of the ARL Board, ROBERT GOLLEDGE, aka Roberta Golledge, Rev., As Trustee Member of the ARL Board, MARTHA SMITH, Employee ARL,<br>    Defendants | C.A. NO. 1:04-CV-11607-DPW<br><br>BBO#435620<br>BBO#554526 |

**NOTICE OF WITHDRAWAL**

TO THE CLERK IN THE ABOVE-ENTITLED COURT:

Please enter the withdrawal of Emily G. Coughlin as counsel for the Defendants Animal Rescue League (ARL), Arthur Slade, President, ARL, Paul J. Brennan, Chairman, ARL, Jami A. Loh, Treasurer, ARL, Mrs. Kathleen D. Garvey, As Trustee Member of the ARL Board, Mrs. Jeffrey E. Marshall as Trustee Member of the ARL Board, Richard A. Hall, As Trustee Former Chairman, Dr. Holley Kelsey, As Trustee Member of the ARL Board, Mrs. Alexandra Bright, As Trustee Member of the ARL Board, Ms. Bright, Executrix of the Estate of Mrs. Alexandra Bright, Sierra Bright, As Trustee Member of the ARL Board, Stuart B. Strong, Jr. as Trustee Member of the ARL Board, John L. Worden, III, As Trustee Member of the ARL Board, June E. Shank, As Trustee Member of the ARL Board, Franklin King, Jr., As Trustee Member of the ARL Board, Megan Sansons, As Trustee Member of the ARL Board, David O'Donahoe, As Trustee Member of the ARL Board, Hewitt Morgan, Jr., As Trustee Member of the ARL Board, Mary Hatch, As Trustee Member of the ARL Board, and Robert Golledge aka Roberta Golledge, Rev., As Trustee Member of the ARL Board (the "ARL defendants"), in the above-entitled matter.

BY THEIR ATTORNEYS,

_____
John J. Ryan, Jr., BBO# 425620
Emily G. Coughlin, BBO# 554526
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

I, Emily G. Coughlin, hereby state that I have served the foregoing upon all counsel of record by first class mail this 19th day of August, 2004 by serving same on Heidi K. Erickson, Harvard Postal Station, Box 0444, Cambridge, MA 02238-4000 and Juliana deHaan Rice, Esq., Attorney General's Office, Room 2019, One Ashburton Place, Boston, MA 02108-1698.

_____
Emily G. Coughlin

2