```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

HEIDI K. ERICKSON,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  C.A. No. 04-11607-DPW
                                  )
COMMONWEALTH OF                   )
MASSACHUSETTS, et al.,            )
                                  )
          Defendants.             )
```

### ORDER

Plaintiff's Verified Motion and Memorandum of Law in Support of Stay of Orders to Euthanize is DENIED for the reasons stated in the August 24, 2004 Order (Docket No. 22).

SO ORDERED.

Dated at Boston, Massachusetts, this <u>24th</u> day of <u>August</u> 2004.

                              <u>s/ Douglas P. Woodlock</u>
                              DOUGLAS P. WOODLOCK
                              UNITED STATES DISTRICT JUDGE